# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** MA        **Category No.** II        **Investigating Agency** HSI

**City** _____        **Related Case Information:**
**County** _____
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 26-6220-MPK
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Name:** Efrain Rivera        Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** 88 Thompson Street, Apartment 2

**Birth date (Yr only):** _____  **SSN (last 4#):** _____  **Sex:** M  **Race:** _____  **Nationality:** U.S.

**Defense Counsel if known:** _____        **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Mark Grady        **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** 88 Thompson Street, Apartment 2

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/27/2026        **Signature of AUSA:** /s/ Mark Grady

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Efrain Rivera

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028A | Aggravated Identity Theft | One |
| Set 2 | 42 U.S.C. § 408(a)(7)(B) | False Representation of Social Security Number | Two |
| Set 3 | 7 U.S.C. § 2024(b) | Illegal Acquisition or Use of Supplemental Nutrition Assistance Program Benefits | Three |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**