26-mj-6220-MPK

# AFFIDAVIT OF SPECIAL AGENT TIMOTHY TABER IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Timothy Taber, having been sworn, state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since May 2018. I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to becoming a Special Agent with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years, where I participated in a variety of investigations including violent gangs and drug trafficking. In 2005, I graduated from Northeastern University with a bachelor's degree in criminal justice and from Suffolk University in 2006 with a master's degree in criminal justice.

2. I am currently assigned to the HSI New England Document and Benefit Fraud Task Force, a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes. As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity. Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

3. I have participated in various aspects of investigations into the use and manufacture

of fraudulent documents, including conducting physical surveillance, surveillance of controlled purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses.

## PURPOSE OF AFFIDAVIT

4. I submit this affidavit in support of an application for a criminal complaint charging Efrain Rivera with violations of 18 U.S.C. § 1028A (Aggravated Identity Theft), 42 U.S.C. § 408(a)(7)(B) (False Representation of Social Security Number), and 7 U.S.C. § 2024(b) (Illegal Acquisition or Use of Supplemental Nutrition Assistance Program Benefits).

5. The HSI New England DBFTF is currently investigating individuals who are believed to have obtained stolen identities of United States citizens, most of whom reside in Puerto Rico, and used those identities to obtain public benefits that they would not otherwise be eligible to receive, including Social Security Numbers ("SSN"), SNAP, Supplemental Security Income ("SSI"), MassHealth, and United States passports.

6. As set forth in more detail below, there is evidence that Efrain Rivera unlawfully used the name and SSN of a real person while knowing that these identifiers belonged to a real person. Among the evidence that Efrain Rivera knew that this identity was that of a real person is his successful use of the identity to obtain official government identification documents and benefits as well as the fact that the victim is a member of his extended family whom Rivera knows to be a real person.

7. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this

26-mj-6220-MPK

investigation but includes only the information necessary to establish probable cause for the requested criminal complaint.

**Background Information on SNAP**

8.	SNAP is a government benefit funded by the American taxpayer. Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011. This program seeks to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power.

9.	Under the program, eligible households receive food stamps in the form of credits to an electronic benefit card to buy food from retail food stores that participate in SNAP. Food stamp benefits are obligations of the United States and redeemable at face value by the Secretary through the facilities of the Treasury of the United States. 7 U.S.C. § 2024(d). USDA administers SNAP nationally. Individuals or families that are in need of SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance ("DTA").

10.	To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a United States citizen or an eligible non-citizen. An applicant for SNAP benefits must also provide proof of their identity, *i.e.*, the applicant must be the person who they claim to be. An applicant must also furnish a Social Security number or provide proof that the applicant has applied for one.

11.	Massachusetts uses the Electronic Benefit Transfer ("EBT") system for SNAP benefits. The EBT system uses plastic debit cards, which are automatically credited with the recipient's appropriate amount of benefits during certain times of each month. To access benefits, the recipient presents the card at an authorized retailer's location. The card is swiped through an

electronic terminal device (commonly and hereinafter referred to as an "EBT terminal") which reads coded information on the card's magnetic strip. The transaction amount is deducted from the EBT card's balance and deposited into the retailer's account.

12.   An applicant for SNAP benefits must provide complete and accurate information both at the time of application and on an ongoing basis in order to properly assess initial and continued eligibility for benefits. All applicants must acknowledge this in the application. It is unlawful for a person to receive SNAP benefits in more than one state in any month. It is unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of United States Code or the regulations issued by the USDA.

## Probable Cause

### Use of the Victim Identity at the MA RMV

13.   On or about July 30, 2025, a man appeared in person at a MA RMV service center and submitted a written application to renew a driver's license. On the application, the applicant represented himself as R.W.R.F.[1] with the date of birth xx-xx-1975, and SSN xxx-xx-5748.[2] The RMV took a photograph of the applicant as part of the driver's license renewal application. The individual purporting to be R.W.R.F. signed the application under penalty of perjury. As a result of that application, the RMV issued the person purporting to be R.W.R.F. a driver's license bearing number Sxxxx1562 and the photograph captured on July 30, 2025.[3] According to MA RMV

---

[1] The identity of victim "R.W.R.F." is known to the government. To protect the victim's privacy, only the initials "R.W.R.F" and "R.R.F.", "R.W.R", and "R.R" are used in this affidavit to reflect the variations of the victim's full name.

[2] The SSN and DOB have been partially redacted herein. The redacted SSN and DOB referenced in the Affidavit are identical unless otherwise noted.

[3] A MA driving credential was first issued to this individual on or about March 27, 2007, when he received a MA ID card.

records, one of the addresses associated with R.W.R.F.'s RMV account was a residence in New Bedford, MA.

### Interview of R.W.R.F. in Puerto Rico

14. On January 30, 2026, SA Tawnya Valdes of the Social Security Administration, Office of Inspector General, and I interviewed R.W.R.F. via telephone. R.W.R.F. stated he was currently in Puerto Rico but also resides in Buffalo, New York. R.W.R.F. confirmed his full name, date of birth, xx-xx-1975, and SSN xxx-xx-5748. R.W.R.F. stated he has never resided in Massachusetts and has not applied for or received any government benefits in the state.

15. R.W.R.F. stated more than ten years ago he lost his wallet in Puerto Rico. At that time, he was with his cousin, Efrain Rivera, who moved to Boston, MA just a few days after this happened. R.W.R.F. stated approximately one year ago, he attempted to purchase a vehicle in Buffalo, NY but was unable to do so because someone had recently purchased a car using his identity. R.W.R.F. stated he applied for unemployment assistance but was denied because someone in MA was already collecting unemployment using his identity. R.W.R.F. called Efrain Rivera and confronted him about the situation and Efrain Rivera eventually returned the car he bought.

16. R.W.R.F. stated that these circumstances have led to significant financial difficulties, including issues with the Internal Revenue Service. He conveyed his distress and shared that he is afraid to travel, fearing possible arrest due to actions Efrain Rivera may have taken or could take using his identity.

17. I then initiated a video call with R.W.R.F. and confirmed I was talking to the same person in the Puerto Rico DAVID discussed in more detail below.

18. R.W.R.F. sent me a screenshot of Efrain Rivera's Facebook page. The images on the page depict the same individual in the MA RMV photos described in paragraph 13.

26-mj-6220-MPK

19.     R.W.R.F. confirmed Efrain Rivera's address is the same residence in New Bedford, MA identified in paragraph 13.

20.     The Social Security Administration, Office of Inspector General confirmed that social security number xxx-xx-5748 is assigned to R.W.R.F.

21.     With the assistance of the HSI Special Agent in Charge Office in San Juan, Puerto Rico, I obtained a record of the Puerto Rico's Driver and Vehicle Information Database ("DAVID") associated with the driver's license of R.W.R.F. The record indicates that R.W.R.F. has the date of birth xx-xx-1975 and SSN xxx-xx-5748. The record also contains a photograph of a man whom I believe to be the real R.W.R.F. I have compared the image in the DAVID record and the image of the man photographed at the time of the RMV application described in Paragraph 13, and I conclude that the persons depicted are not the same.

### Discovery of Snap Scheme

22.     In January 2025, federal agents conducted an analysis of SNAP recipient data to detect identities (names, dates of birth, and Social Security numbers) receiving SNAP benefits in multiple states in the month of December 2024 and March 2023.

23.     In December 2024, Massachusetts DTA issued SNAP benefits to at least 495 identities simultaneously receiving SNAP benefits in Puerto Rico.

24.     In March 2023, an individual purporting to be R.R.F. received SNAP benefits in Massachusetts and Puerto Rico simultaneously. An identity receiving SNAP and other government benefits in more than one state simultaneously is an indicator of identity theft.

25.     According to MA DTA records, on or about November 12, 2008, and individual purporting to be R.R. submitted an application for SNAP benefits and listed a date of birth xx-xx-1975 and SSN xxx-xx-5748. Between that time and approximately May 23, 2023, R.R. submitted

multiple renewal applications and at some point provided a MA driver's license, bearing license number Sxxxx1562 and the name R.W.R.F., as proof of identification. On the various SNAP applications the individual represented himself as "R.R.F.", "R.W.R.F" and "R.R."

26. According to MA DTA, between approximately January 13, 2009 and July 12, 2023, the individual posing as R.R. received $14,096 in SNAP benefits from Massachusetts.

### Additional Uses of the Victim Identity

27. The investigation has revealed prior MA RMV applications in the same identity submitted in 2011 and 2015. Credentials were also issued in 2007 and 2020, but corresponding applications were not provided by the MA RMV and/or were provided but did not contain a date. New photographs of the man purporting to be R.W.R.F. were taken in 2007, 2011, and 2025. All the RMV photographs associated with the R.W.R.F. identity appear to depict the same person.

### MassHealth Benefits

28. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts.

29. According to MassHealth records, the individual posing as R.R.F., using the xx-xx-1975 date of birth and SSN xxx-xx-5748, started receiving MassHealth benefits in 2008. Between 2008 and 2020, approximately $54,587 in MassHealth benefits were received by R.R.F.

### Conclusion

30. Based on all of the foregoing, I submit there is probable cause to believe that:

   a) on or about July 30, 2025, Efrain Rivera, posing as R.W.R.F., for the

purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the SSN assigned by the Commissioner of Social Security to him in a driver's license application, when in fact, such number was not the SSN assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B);

b)      on or about July 30, 2025, Efrain Rivera, posing as R.W.R.F., did knowingly transfer, possess, or use, during and in relation to any felony enumerated in 18 U.S.C. § 1028(A)(c), to wit, misuse of a social security number, and without lawful authority, a means of identification of another person, namely, R.W.R.F., in violation of 18 U.S.C. § 1028A; and

c)      between approximately January 13, 2009 and July 12, 2023, Efrain Rivera, posing as R.W.R.F., did fraudulently and wrongfully acquire and use Supplemental Nutrition Assistance Program Benefits, in violation of 7 U.S.C. § 2024(b).

Sworn to under the pains and penalties of perjury,

/s/ Timothy Taber
_____
Special Agent Timothy Taber
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this __27__ day of February 2026.

_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE

8